IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. |
| | : | 1:20-cr-00187-LMM-RDC-1 |
| GELASIA MATIAS, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

This matter is before the Court on the Magistrate Judge's Report and Recommendation. Dkt. No. [142]. No objections have been filed in response to the Magistrate Judge's Report and Recommendation. Therefore, pursuant to 28 U.S.C. § 636(b)(1) and Rule 59 of the Federal Rules of Criminal Procedure, the Court has reviewed the Magistrate Judge's Report and Recommendation for clear error and finds none.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, Dkt. No. [142], as its opinion: the Government's motion to reconsider the Magistrate Judge's Order to disclose the identity of the Confidential Source and produce the Confidential Source for an evidentiary hearing, Dkt. No. [119], is **GRANTED**. The Order that had granted the motions and directed the disclosure and production, Dkt. No. [110], is thus **VACATED**,

and the motions to disclose the identity of the Confidential Source and produce the Confidential Source for an evidentiary hearing, Dkt. Nos. [38, 56], are **DENIED**.

**IT IS SO ORDERED** this 2nd day of December, 2022.

_____
**Leigh Martin May**
**United States District Judge**